DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEFFREY PETER KOKOCHA,

Appellant,

v.

REEMPLOYMENT ASSISTANCE APPEALS COMMISSION,

Appellee.

No. 2D23-784

_____

February 7, 2024

Appeal from the Reemployment Assistance Appeals Commission.

Jeffrey Peter Kokocha, pro se.

Amanda L. Neff, Deputy General Counsel, and Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.


PER CURIAM.

     Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.